UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Alison Luiz de Moura

    v.                                                 Case No. 26-cv-298-PB-TSM

David Wesling, Acting Field Office Director,
U.S. Immigration and Customs Enforcement, et al.

ORDER

On April 23, 2026, I ordered the government to afford the petitioner a bond hearing as soon as practicable and file a status report within fourteen days. Doc. 6. In its status report filed today, the government represents that the petitioner will be afforded a bond hearing on May 12, 2026. Doc. 12. The government is hereby directed to file another status report seven days thereafter.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

May 7, 2026

cc: Counsel of Record