## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Alison Luiz de Moura**

      v.                                          Case No. 26-cv-298-PB-TSM

**David Wesling, Acting Field Office Director,**
**U.S. Immigration and Customs Enforcement, et al.**

### ORDER

After the government notified the Court that Alison Luiz de Moura received the bond hearing he sought on May 12, 2026, <u>see</u> Doc. 16, I ordered de Moura to show cause within seven days why his petition should not be dismissed. Doc. 17. de Moura has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

                                      /s/  Paul Barbadoro
                                      Paul J. Barbadoro
                                      United States District Judge

May 21, 2026

cc:    Counsel of Record